
FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. MICHAEL JACOBS DEFENDANT(S). | CASE NUMBER 8:16-MJ-0551 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __12/15__, __2016__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Karen E. Scott__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __12/12/16__

_____
U.S. ~~District Judge~~/Magistrate Judge
**KAREN E. SCOTT**